UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X

RENEE PISTONE, on behalf of herself and all others similarly situated,

        Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES, LP,,

        Defendant.

---------------------------------------------------------X

Civil Action No. 3:21-cv-09481-GC-RLS

**CONSENT ORDER**

WHEREAS, in light of the recent United States Supreme Court decision in <u>Transunion, LLC v. Ramirez</u>, 141 S. Ct. 2190 (2021) which addressed what constitutes concrete injury for purposes of Article III standing for cases such as the present one, and;

WHEREAS, it appears to both the parties and the Court, that in light of and as a result of the <u>Transunion</u> decision, that Plaintiff lacks Article III standing to proceed with the case in this Court.

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties, and the Court hereto, that:

Case 3:21-cv-09481-GC-RLS   Document 30   Filed 08/26/22   Page 3 of 3 PageID: 93

1. This Court lacks Article III subject matter jurisdiction to continue on and hear this matter as a result of the recent <u>Transunion decision</u>; and

2. Plaintiff's Complaint shall be dismissed, without prejudice, for lack of Article III Standing.

| | |
|---|---|
| **LAWRENCE C. HERSH, ESQUIRE** | **KAUFMAN DOLOWICH & VOLUCK, LLP** |
| By: <u>/s/ Lawrence C. Hersh</u><br>Lawrence C. Hersh, Esquire<br>*Attorney for Plaintiff and all others Similarly situated* | By: <u>/s/ Monica Littman</u><br>Monica Littman, Esquire<br>*Attorneys for Defendant* |
| Dated: August 26, 2022 | Dated: August 26, 2022 |

BY THE COURT:

**IT IS SO ORDERED:**

9/6/2022

_/s/ Georgette Castner_

4864-7680-1327, v. 1